GREENBERG TRAURIG, LLP
Jonathan L. Sulds, Esq. (suldsj@gtlaw.com)
Jeffrey D. Mamorsky, Esq. (mamorskyj@gtlaw.com)
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
*Attorneys for Defendant Pension Plan for Insurance Organization*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
LAURENCE J. SKELLY and ELLEN BURKE,  :
individually and on behalf of all others similarly  :   12-cv-08889-(AKH)
situated,  :
  :
                                Plaintiffs,  :
  :
                v.  :
  :
INSURANCE SERVICES OFFICE INC. AND  :
THE PENSION PLAN FOR INSURANCE  :
ORANIZATIONS  :
  :
                                Defendants.  :
------------------------------------------------------------ x

### DEFENDANT PENSION PLAN FOR INSURANCE ORGANIZATIONS' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION PURSUANT TO RULE 12(B)(6)

Defendant The Pension Plan for Insurance Organizations hereby respectfully joins in the Motion to Dismiss, pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, filed by Defendant Insurance Services Office Inc. ("ISO") on January 31, 2014, (Docket #'s 38, 39, 40) adopting for itself all of ISO's arguments and incorporating them herein by reference.

### CONCLUSION

For the reasons set forth in ISO's motion, as well as those set forth in our previously filed Motion for Judgment on the Pleadings filed February 21, 2013 (Docket #'s 7, 8, 9) the Motion to Dismiss Plaintiffs' Amended Complaint with prejudice should be granted in all respects.

NY 243563395v1

Dated: February 14, 2014					Respectfully Submitted,

									**GREENBERG TRAURIG, LLP**

									By: _____
									Jonathan L. Sulds (suldsj@gtlaw.com)
									Jeffrey D. Mamorsky, Esq. (mamorskyj@gtlaw.com)
									200 Park Avenue
									New York, NY 10166
									Tel: (212) 801-9200
									*Attorneys for Defendant Pension Plan*
									*for Insurance Organization*

2